CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 27 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CORY DIXON,   )   Civil Action No. 7:15-cv-00374
    **Plaintiff,**   )
       )   **MEMORANDUM OPINION**
**v.**   )
       )   **By:   Jackson L. Kiser**
NURSE PARKS, _et al_,   )   **Senior United States District Judge**
    **Defendant(s).**   )

Cory Dixon, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 7, 2015, the court directed plaintiff to submit within 10 days from the date of the Order the signed consent to withholding of fees form in order to complete an application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 24th day of July, 2015.

                                       Senior United States District Judge