CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 27 2015

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CORY DIXON,                          )
      Plaintiff,                   )          Civil Action No. 7:15-cv-00374
                                   )
v.                                   )          **DISMISSAL ORDER**
                                   )
NURSE PARKS, _et al_,                )          By:    **Jackson L. Kiser**
      Defendant(s).                )                 **Senior United States District Judge**


In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER:  This 27th day of July, 2015.

                                         Senior  United States District Judge